MICHAEL DIEDERICH, JR., et al., Appellants, v ROCKLAND COUNTY POLICE CHIEFS' ASSOCIATION, Defendant, and TOWN OF ORANGETOWN et al., Respondents.

Submitted April 9, 2007; decided June 12, 2007

Motion for reconsideration of this Court's February 22, 2007 dismissal order denied [*see* 8 NY3d 875]. Motion for leave to appeal denied.

JOHNNIES PELHAM ROAD SERVICE, INC., Respondent, v RICHARD S. THOMAS, Appellant.

Submitted April 30, 2007; decided June 12, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DANIEL KWA et al., Appellants, v MARK ROBERTS et al., Respondents.

Submitted March 26, 2007; decided June 12, 2007

Motion for leave to appeal dismissed upon the ground that simultaneous appeals do not lie to both the Appellate Division and the Court of Appeals (*see Parker v Rogerson*, 35 NY2d 751, 753 [1974]).